**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
OSEN LLC,

                    Plaintiff,

      -against-                                             19 **CIVIL** 405 (MKV)

                                                                   **JUDGMENT**

OFFICE OF FOREIGN ASSETS CONTROL OF THE
U.S. DEPARTMENT OF TREASURY,

                    Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 12, 2023, and supported by the classified agency affidavits submitted to the Court, OFAC's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       September 12, 2023

                                                                **RUBY J. KRAJICK**
                                                                   **Clerk of Court**
                                          **BY:**     K. Mango
                                                                   **Deputy Clerk**